**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| WILLIS K. DAVIS, | Case No. 2:25-cv-02602-RFB-BNW |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| JEREMY BEAN, | |
| Respondent. | |

This habeas matter is before this Court on counseled Petitioner Willis K. Davis's unopposed motion for an extension of time to file his amended petition. (ECF No. 11.) This is Davis's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 11) is granted. Davis has up to and including November 3, 2026, to file his amended petition.

**DATED:** July 8, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**