UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WILLIS K. DAVIS,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 2:25-cv-02602-RFB-BNW

**ORDER**

Petitioner Willis K. Davis commenced this federal habeas action on December 26, 2025. (ECF No. 1.) On March 4, 2026, the Court screened Davis's petition, directed that it be served on Respondent, and granted Davis's motion for the appointment of counsel. (ECF No. 5.) The Federal Public Defender appeared in this matter, and the Court entered a scheduling order. (ECF Nos. 8, 9, 10.) On October 7, 2026, the Federal Public Defender filed a protective first-amended petition, a motion for leave to file a second-amended petition, and a notice of conflict. (ECF Nos. 13, 15, 16.)

Regarding the notice of conflict, the Court's Criminal Justice Act designee has located counsel willing to be appointed to represent Davis:

Randal McDonald
Law Office of Randal B. McDonald
112 N. Central Ave., Ste 100
Phoenix, AZ 85004
602-325-3092
Email: randy@rbmcdonaldlaw.com

Turning to the motion for leave to file a second-amended petition, the Federal Public Defender explains that the first-amended petition was filed before Davis's statute of limitations

expired but that additional time is needed to file a thorough second-amended petition. (ECF No. 15.) Under Federal Rule of Civil Procedure 15(a)(2), a party may amend a pleading with the Court's leave, and "[t]he court should freely give leave when justice so requires." The Court finds that leave to amend is appropriate.

**IT IS THEREFORE ORDERED** that the Federal Public Defender's representation of Davis is withdrawn.

**IT IS FURTHER ORDERED** that Randal McDonald is appointed as counsel for Davis pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent Davis in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that Mr. McDonald file a notice of appearance within 7 days of the date of this Order.

**IT IS FURTHER KINDLY ORDERED** that the Clerk of the Court (1) update the docket by substituting Mr. McDonald for the Federal Public Defender, (2) send a copy of this Order to Davis, and (3) electronically provide Mr. McDonald a copy of this Order and all other filings in this matter by regenerating the notices of electronic filing.

**IT IS FURTHER ORDERED** that the motion to amend **[ECF No. 15] is granted**. Davis has up to and including 90 days from the date of this Order to file a counseled second-amended petition.

**DATED:** October 13, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**